IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RODERICK DALE BROWN**                                                                 **PLAINTIFF**

v.                                    CASE NO. 4:20-CV-01372-BSM

**STAR CITY JAIL,** *et al.*                                                              **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 6] is adopted, and Roderick Brown's complaint [Doc. No. 2] is dismissed without prejudice. Dismissal of this action is a "strike" for purposes of 28 U.S.C. 1915(g). An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 21st day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE