IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RODERICK DALE BROWN**                                                                **PLAINTIFF**

v.                          CASE NO. 4:20-CV-01372-BSM

**STAR CITY JAIL,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE